RECEIVED
IN LAKE CHARLES, LA.

JUN - 8 2015

TONY R. MOORE, CLERK
BY_____
         DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| CAREY DWAYNE DORSEY, | * | CIVIL ACTION NO. 2:14-cv-2556 |
| Plaintiff, | * | |
| v. | * | JUDGE MINALDI |
| U.S. E.E.O.C., ET AL., | * | |
| Defendants. | * | MAGISTRATE JUDGE KAY |

*********************************************************************

## ORDER

For the reasons stated in the Report and Recommendation [Doc. 14] of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, consideration of the plaintiff's Objections [Doc. 15], and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the plaintiff's Complaint [Doc. 1] be and hereby is **DISMISSED, WITH PREJUDICE,** in accordance with the provisions of 28 U.S.C. § 1915(e)(2).

**IT IS FURTHER ORDERED** that the plaintiff's Motion for Service of Summons and Complaint [Doc. 13] be and hereby is **DENIED.**

Lake Charles, Louisiana, this _6_ day of _____June_____, 2015.

_____
PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE